IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

William Roscoe Blake, Jr. #77122,   )
   )
        Plaintiff,   )
   )   Civil Action No. 4:23-cv-3402-BHH
v.   )
   )
Major Terry,   )   **ORDER**
Dr. Thomas Byrne,   )
   )
   )
        Defendants.   )
_____ )

This matter is before the Court upon Plaintiff William Roscoe Blake, Jr.'s ("Plaintiff")
complaint filed pursuant to 42 U.S.C. § 1983. On September 22, 2023, however, Plaintiff
filed a "notice of dismissal," stating that he wished to discontinue this action and dismiss
his complaint without prejudice. (ECF No. 20.) Defendants filed a response indicating their
consent to Plaintiff's notice of dismissal and requesting that the Court enter an order
dismissing and ending the case. (ECF No. 21.)

After review, therefore, the Court hereby dismisses this case without prejudice
based on Plaintiff's notice of dismissal and Defendants' consent to dismissal.

**IT IS SO ORDERED.**

/s/Bruce H. Hendricks_____
United States District Judge

September 28, 2023
Charleston, South Carolina